NAIMA DAYAN, Appellant, v JOSEPH YORK et al., Respondents.

Submitted March 30, 2009; decided May 7, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine

the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.